

Zhu & Co, P C
43 West 43rd Street,
Suite 312
New York, NY 10036

T: +1 212-500-5979
F: +1 718 744 2537
zhucopc com

Kai Zhu
D: +1 212-500-5979
kaizhu@zhucopc.com

June 3, 2024

**VIA ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Court 15A
New York, New York 10007

> *Application granted. If, after the complaint is amended, Defendant wants to stand on its existing motion, Defendant can refile that motion on ECF.*
>
> *The Clerk of Court is directed to terminate the motion at Dkt. 12.*
>
> *SO ORDERED.*
>
> *Arun Subramanian, U.S.D.J.*
> *Date: June 5, 2024*

RE: **QUANZHOU LIMEIDE CRAFT CO., LTD. V. TAIZHOU YOUFEITE E-COMMERCE CO., LTD., CASE NO.: 24-CV-03895-AS**

Dear Judge Subramanian:

    Pursuant to Section 8(G)(ii) of the Individual Practices in Civil Cases, the Plaintiff respectfully notify the Court, and the Defendant, that the Plaintiff elects to file an Amended Complaint for the above-captioned case, by June 11, 2024.

Dated:  June 3, 2024

Respectfully submitted,

**ZHU & CO, P.C.**

BY: */s/ Kai Zhu*
    Kai Zhu
    43 West 43rd Street, Suite 312
    New York, New York 10036
    Telephone:  (212) 500-5979
    Email:  kaizhu@zhucopc.com

    *Attorney for Quanzhou Limeide Craft Co., Ltd.*

cc:  Mark Berkowitz (Via ECF)
     Sandra A. Hudak (Via ECF)