**CHART OF CLAIM ELEMENTS**
**NOT PLAUSIBLY ALLEGED IN FIRST AMENDED COMPLAINT**

| Cause of Action | Elements Not Plausibly Alleged in Plaintiff's FAC |
|---|---|
| Copyright Infringement (15 U.S.C. § 501 - Count I) | 1. Plaintiff fails to adequately allege the protectable elements of Plaintiff's asserted copyrighted works<br>2. Plaintiff fails to adequately allege substantial similarity between Plaintiff's asserted copyrighted works and Defendant's accused work |